C. L. Noruk, appellee, v. Michael Olyniec et al., appellants. Gen. No. 37,560.

February 1, 1935.

Coburn, Kearney & Coburn, for appellants; John J. Coburn, of counsel. Arthur J. Hughes, for appellee; Frank Michels, of counsel.

Mr. Justice Sullivan delivered the opinion of the court.